COMMONWEALTH *vs.* KEITH NIEMIC. May 9, 2008. *Supreme Judicial Court,* Superintendence of inferior courts. *Practice, Criminal,* New trial, Capital case.

The single justice's decision, acting as a gatekeeper pursuant to G. L. c. 278, § 33E, is final and unreviewable. *Commonwealth* v. *Scott*, 437 Mass. 1008 (2002). *Commonwealth* v. *Ambers*, 397 Mass. 705, 710-711 (1986), and cases cited. Niemic cannot appeal to the full court.[1]

*Appeal dismissed.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Keith Niemic*, pro se.

*Craig A. Souza*, Assistant District Attorney, for the Commonwealth.

---

[1]Niemic's motion for appointment of counsel to represent him in this "appeal" is denied.